Frank Hart, Plaintiff-Appellee, v. John M. Goebelt and
Leona Goebelt, Defendants-Appellants.

Gen. No. 9,868.

Hutchens & Alfeld, for appellants; Richard W. Husted for
appellee; Tom Roady, Jr., of counsel. Opinion by JUSTICE CARROLL.
Not to be published in full.   Opinion filed June 1, 1953; released for
publication June 17, 1953.

Ruby Tucker, Plaintiff-Appellee, v. James E. Kallal,
Defendant-Appellant.

Gen. No. 9,880.

Green & Hoagland, for appellant; Elmer H.
Bernard, and John T. Roach, of counsel; Wiseman & Chapman, for
appellee. Opinion by JUSTICE CARROLL. Not to be published in full.
Opinion filed June 1, 1953; released for publication June 17, 1953.